UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Warren S. Green Sr.,                                                                     Case No.: 02-61181
    Bonita P. Green

# MOTION TO DISMISS, NOTICE OF MOTION AND NOTICE OF THE HEARING

    **NOW COMES** the Chapter 13 Trustee and moves this Court to dismiss as provided in 11 U.S.C1307(c)(6) as the Debtors are in default in making the payments under the plan.

    Inasmuch as the legal basis for this motion is cited herein, it is respectfully requested that the requirement of a separate memorandum of law in support of this motion be waived.

    **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five (5) business days before the date of the hearing, you or your attorney must:

  x   File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-(H).  If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

                              Clerk of Court
                              United States Bankruptcy Court
                              1100 East Main Street, Suite 310
                              Richmond, VA  23219-3515

                              You must also mail a copy to:
                              Robert E. Hyman, Chapter 13 Trustee
                              P.O. Box 1780
                              Richmond, VA  23218-1780

Robert E Hyman
Chapter 13 Trustee
P.O. Box 1780
Richmond, VA 23218-1780
(804) 775-0979
VSBN 5578

**NOTICE IS HEREBY GIVEN THAT A HEARING ON THIS MOTION WILL BE HELD AT U. S. BANKRUPTCY COURT, U. S. COURTHOUSE ANNEX, ROOM 335, 1100 EAST MAIN STREET, RICHMOND, VIRGINIA 23219, ON SEPTEMBER 11, 2002 AT 9:30 A.M.**

**If no timely response has been filed opposing the relief requested, the Court may grant the relief requested in the motion.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: **August 8, 2002**          /s/Robert E. Hyman
                                   Robert E. Hyman

Certificate of Service

I hereby certify that I have this **8th** day of **August  2002** mailed or hand-delivered a true copy of the foregoing Notice of Motion to the debtor(s) **Warren & Bonita Green 808 Pleasant Street Highland Springs VA 23075,** and electronically mailed to the debtor(s) attorney, **Carl Bates ecf@bolemanlaw.com.**

          /s/Robert E. Hyman
          Robert E. Hyman

Robert E Hyman
Chapter 13 Trustee
P.O. Box 1780
Richmond, VA 23218-1780
(804) 775-0979
VSBN 5578

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re: Warren S. Green Sr.,                                                    Case No.: 02-61181
    Bonita P. Green

# MOTION TO DISMISS, NOTICE OF MOTION AND NOTICE OF THE HEARING

**NOW COMES** the Chapter 13 Trustee and moves this Court to dismiss as provided in 11 U.S.C1307(c)(6) as the Debtors are in default in making the payments under the plan.

Inasmuch as the legal basis for this motion is cited herein, it is respectfully requested that the requirement of a separate memorandum of law in support of this motion be waived.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five (5) business days before the date of the hearing, you or your attorney must:

  x  File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-(H). If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

                                      Clerk of Court
                                      United States Bankruptcy Court
                                      1100 East Main Street, Suite 310
                                      Richmond, VA  23219-3515

                                      You must also mail a copy to:
                                      Robert E. Hyman, Chapter 13 Trustee
                                      P.O. Box 1780
                                      Richmond, VA  23218-1780

Robert E Hyman
Chapter 13 Trustee
P.O. Box 1780
Richmond, VA 23218-1780
(804) 775-0979
VSBN 5578

**NOTICE IS HEREBY GIVEN THAT A HEARING ON THIS MOTION WILL BE HELD AT U. S. BANKRUPTCY COURT, U. S. COURTHOUSE ANNEX, ROOM 335, 1100 EAST MAIN STREET, RICHMOND, VIRGINIA 23219, ON SEPTEMBER 11, 2002 AT 9:30 A.M.**

**If no timely response has been filed opposing the relief requested, the Court may grant the relief requested in the motion.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: **August 8, 2002**                                                   /s/Robert E. Hyman
                                                                            Robert E. Hyman

Certificate of Service

I hereby certify that I have this **8th** day of **August  2002** mailed or hand-delivered a true copy of the foregoing Notice of Motion to the debtor(s) **Warren & Bonita Green 808 Pleasant Street Highland Springs VA 23075,** and electronically mailed to the debtor(s) attorney, **Carl Bates ecf@bolemanlaw.com.**

                                                                            /s/Robert E. Hyman
                                                                            Robert E. Hyman

Robert E Hyman
Chapter 13 Trustee
P.O. Box 1780
Richmond, VA 23218-1780
(804) 775-0979
VSBN 5578